AO 93 (Rev. 12/09) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2011 JUN 27 AM 10: 25
GREGORY C. LANGHAM
CLERK
BY_____ DEPUTY

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Up to $430,346.00 held in the name of<br>Lisabeth Melahn at American National<br>Bank Account # 70659944 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  **11-MC-0037** |

### SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Colorado_____
*(identify the person or describe the property to be searched and give its location)*:
Up to $430,346.00 held in the name of Lisabeth Melahn at American National Bank Account # 70659944

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:


I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   June 3, 2011, at 9:00 am
                                                                  *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____**BOYD N. BOLAND**_____ .
**United States Magistrate Judge**

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for _____ days *(not to exceed 30)*.
                                                                ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   May 20, 2011, at 9:10 am    /s/ Boyd N. Boland
                                                                    *Judge's signature*
                                                    **BOYD N. BOLAND**
City and state:   Denver, Colorado                  **United States Magistrate Judge**
                                                    *Printed name and title*

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.: <br> 11-MC-0037 | Date and time warrant executed: <br> May 20, 2011 at 11:40 am | Copy of warrant and inventory left with: <br> American National Bank |
| Inventory made in the presence of: <br> Matt Garth and David Topolewski | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> Account # 70659944 at American National Bank in the amount of $430,346 currently held at American National Bank. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/27/11

_____
Executing officer's signature

Matthew Garth, Special Agent
Printed name and title

BOYD N. BOLAND
United States Magistrate Judge